ANNIE CANNON, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

*Cannon* v. *Brooklyn City R. R. Co.*, 9 Misc. Rep. 282, affirmed.
(Argued June 3, 1896; decided June 19, 1896.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.

MOSES D. KINKADE, Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY, Appellant.

*Kinkade* v. *Atlantic Ave. R. R. Co.*, 9 Misc. Rep. 273, affirmed.
(Argued June 3, 1896; decided June 19, 1896.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* for appellant.

*Charles J. Patterson* and *Donald F. Ayres* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.